# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**JASON SMALL,**
    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　**Case No. 2:17-cv-02118-SHL-dkv**

**MEMPHIS LIGHT, GAS & WATER,**
    **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Jason Small, hereby appeals to the United States Court of Appeals for the Sixth Circuit the Order Granting Defendant's Motion for Summary Judgment (Doc No.102) entered in this action on the 11th day of September, 2019 and the Order Denying Plaintiff's Motion to Enforce Settlement (Doc No. 115) entered in this action on the 29th day of May, 2019, and judgment when entered.[1]

Respectfully Submitted,

HOLLAND & ASSOCIATES, PC

s/Maureen T. Holland
Maureen T. Holland, #15202
Yvette Holland Kirk, # 32174
1429 Madison Avenue
Memphis, Tennessee 38104
Telephone: (901) 278-8120
Facsimile: (901) 278-8125
maureen@hollandattorney.com
yvette@hollandattorney.com

Attorneys for Plaintiff

---

[1] Although no judgment has been entered as of the of filing of this Notice of Appeal, the appeal is timely pursuant to FRAP 4(a)(2).

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of the foregoing was served via electronic means using the Court's ECF filing system on the following:

>Rodrick D. Holmes
>Aubrey F. Beckham
>s. Camille Reifers
>rholmes@boylebrasher.com
>abeckham@boylebrasher.com
>creifers@boylebrasher.com
>Boyle Brasher, LLC
>80 Monroe, Suite 410
>Memphis, TN 38013
>
>*Attorneys for Defendant*

This, the 27th day of June, 2019.

>>>>*/s/Maureen T. Holland*