## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| JASON SMALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:17-cv-02118-SHL-dkv |
| | ) | |
| MEMPHIS LIGHT, GAS & WATER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Petitioner Jason Small's Complaint (ECF No. 1), filed February 21, 2017,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with this Court's Order Granting Defendant's Motion for Summary Judgment, filed September 11, 2018 (ECF No. 102), Judgment is entered and the matter is hereby **DISMISSED**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

October 24, 2019
Date